

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| ALLIANCE FOR THE WILD ROCKIES, Plaintiff, vs. CHRIS SAVAGE, et al., Defendants. | CV 09–160–M–DWM ORDER |
|---|---|

Amicus Curiae American Forest Resource Counsel moves for the admission of Sara Ghafouri to practice before this Court in this case with Trent Baker to act as local counsel. Ms. Ghafouri's application appears to be in order.

Accordingly, IT IS ORDERED that Amicus Curiae's motion to admit Sara Ghafouri *pro hac vice* (Doc. 137) is GRANTED on the condition that Ms. Ghafouri shall do her own work. This means that Ms. Ghafouri must do her own writing; sign her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Ghafouri, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 15 day of January, 2020.

Donald W. Molloy, District Judge
United States District Court