IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| ALLIANCE FOR THE WILD ROCKIES, | CV 09–160–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRIS SAVAGE, et al., | |
| Defendants. | |

Amicus Curiae American Forest Resource Counsel moves for the admission of Lawson E. Fite to practice before this Court in this case with Trent Baker to act as local counsel. Mr. Fite's application appears to be in order.

Accordingly, IT IS ORDERED that Amicus Curiae's motion to admit Lawson E. Fite *pro hac vice* (Doc. 140) is GRANTED on the condition that Mr. Fite shall do his own work. This means that Mr. Fite must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Fite, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this ____ day of February, 2020.

Donald W. Molloy, District Judge
United States District Court