IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, | CV 09–160–M–DWM |
| Plaintiff, | ORDER |
| vs. | |
| CHAD BENSON, et al., | |
| Defendants. | |

Defendants having filed an Unopposed Motion to Close the Case,

IT IS ORDERED that the motion (Doc. 150) is GRANTED. The Clerk of Court is directed to close the case.

DATED this 22nd day of July, 2020.

_____
Donald W. Molloy, District Judge
United States District Court